

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 06 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

        Plaintiff,        Criminal No. 19-cr-20685

vs.                      Hon. Gershwin A. Drain

Carl L. Collins, III,

        Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT
## OF SECOND SUPERSEDING INDICTMENT

    I, CARL L. COLLINS, III,, defendant in this case, hereby acknowledge that I have received a copy of the Second Superseding Indictment before entering my plea and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Counts 1, 9-12:    26 U.S.C. § 7206(1)
Up to 3 years imprisonment, and/or up to $250,000 fine, and up to 1 year supervised release, on each count.

Counts 2-8:    26 U.S.C. § 7203
Up to 1 year imprisonment, and/or up to $100,000 fine, and up to 1 year supervised release, on each count

_____
Carl L. Collins, III

Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Date: 10/6/22

Todd Perkins, Esq.
Counsel for Defendant

2