UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARL L. COLLINS, III,

    Defendant.
_____/

Case No. 19-cr-20685

U.S. District Court Judge
Gershwin A. Drain

## ORDER DENYING DEFENDANT'S ORAL MOTION FOR JUDGMENT OF ACQUITTAL

On November 7, 2022, Defendant Carl L. Collins, III, orally moved, outside the presence of the jury, for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(a).  For the reasons discussed on the record, the Court cannot find, "after viewing the evidence in the light most favorable to the prosecution, [that no] rational trier of fact could have found the essential elements of the crime[s] beyond a reasonable doubt."  *Musacchio v. United States*, 577 U.S. 237, 243 (2016) (quoting *Jackson v. Virginia*, 443 U.S. 307, 319 (1979)).

Accordingly, **IT IS HEREBY ORDERED** that Defendants' oral motion for judgment of acquittal is **DENIED**.

1

**IT IS SO ORDERED**.

/s/ Gershwin Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: November 8, 2022

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 8, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

2