UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) No. 19-cr-20685 |
| CARL L. COLLINS, III | ) |
| | ) HON. GERSHWIN A. DRAIN |
| Defendant. | ) |

## VERDICT FORM

COUNT 1: Making a False Tax Return
26 U.S.C. § 7206(1)

We, the jury, find the Defendant, CARL L. COLLINS, III

_____ NOT GUILTY \_\_\_**x**\_\_\_ GUILTY

of the offense charged in Count One of the indictment, that is, willfully making a false Form 1040 tax return for the calendar year 2012, in violation of 26 U.S.C. § 7206(1).

COUNT 2: Willful Failure to File Return
26 U.S.C. § 7203

We, the jury, find the Defendant, CARL L. COLLINS, III

\_\_\_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

of the offense charged in Count Two of the indictment, that is, willfully failing to file an income tax return for the calendar year 2013, in violation of 26 U.S.C. § 7203.


COUNT 3: Willful Failure to File Return
26 U.S.C. § 7203

We, the jury, find the Defendant, CARL L. COLLINS, III

\_\_\_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

of the offense charged in Count Three of the indictment, that is, willfully failing to file an income tax return for the calendar year 2014, in violation of 26 U.S.C. § 7203.


COUNT 4: Willful Failure to File Return
26 U.S.C. § 7203

We, the jury, find the Defendant, CARL L. COLLINS, III

\_\_\_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

of the offense charged in Count Four of the indictment, that is, willfully failing to file an income tax return for the calendar year 2015, in violation of 26 U.S.C. § 7203.

COUNT 5: Willful Failure to File Return
26 U.S.C. § 7203

We, the jury, find the Defendant, CARL L. COLLINS, III

\_\_\_\_X\_\_\_\_ NOT GUILTY _____ GUILTY

of the offense charged in Count Five of the indictment, that is, willfully failing to file an income tax return for MedCity Rehabilitation, LLC for the calendar year 2013, in violation of 26 U.S.C. § 7203.


COUNT 6: Willful Failure to File Return
26 U.S.C. § 7203

We, the jury, find the Defendant, CARL L. COLLINS, III

\_\_\_\_X\_\_\_\_ NOT GUILTY _____ GUILTY

of the offense charged in Count Six of the indictment, that is, willfully failing to file an income tax return for Alpha Living, LLC for the calendar year 2013, in violation of 26 U.S.C. § 7203.


COUNT 7: Willful Failure to File Return
26 U.S.C. § 7203

We, the jury, find the Defendant, CARL L. COLLINS, III

\_\_\_\_X\_\_\_\_ NOT GUILTY _____ GUILTY

of the offense charged in Count Seven of the indictment, that is, willfully failing to file an income tax return for Alpha Living, LLC for the calendar year 2014, in violation of 26 U.S.C. § 7203.

COUNT 8:          Willful Failure to File Return
26 U.S.C. § 7203

We, the jury, find the Defendant, CARL L. COLLINS, III

_____ NOT GUILTY      _____ GUILTY

of the offense charged in Count Eight of the indictment, that is, willfully failing to file an income tax return for Alpha Living, LLC for the calendar year 2015, in violation of 26 U.S.C. § 7203.


COUNT 9:          Making a False Tax Return
26 U.S.C. § 7206(1)

We, the jury, find the Defendant, CARL L. COLLINS, III

_____ NOT GUILTY      \_\_\_X\_\_\_\_\_ GUILTY

of the offense charged in Count Nine of the indictment, that is, willfully making a false Form 1040X tax return for the calendar year 2012, in violation of 26 U.S.C. § 7206(1).


COUNT 10:        Making a False Tax Return
26 U.S.C. § 7206(1)

We, the jury, find the Defendant, CARL L. COLLINS, III

_____ NOT GUILTY      \_\_\_X\_\_\_\_\_ GUILTY

of the offense charged in Count Ten of the indictment, that is, willfully making a false Form 1040 tax return for the calendar year 2015, in violation of 26 U.S.C. § 7206(1).

COUNT 11:     Making a False Tax Return
              26 U.S.C. § 7206(1)

We, the jury, find the Defendant, CARL L. COLLINS, III

_____ NOT GUILTY  \_\_\_X\_\_\_ GUILTY

of the offense charged in Count 11 of the indictment, that is, willfully making a false Form 1120 tax return for Alpha Living, LLC for the calendar year 2015, in violation of 26 U.S.C. § 7206(1).


COUNT 12:     Making a False Tax Return
              26 U.S.C. § 7206(1)

We, the jury, find the Defendant, CARL L. COLLINS, III

_____ NOT GUILTY  \_\_\_X\_\_\_ GUILTY

of the offense charged in Count Twelve of the indictment, that is, willfully making a false Form 1040 tax return for the calendar year 2018, in violation of 26 U.S.C. § 7206(1).


This, the \_\_16\_\_ day of \_\_November\_\_ 2022.

s/Jury Foreperson

FOREPERSON